UNITED STATES OF AMERICA
UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

---

RONALD RICE,

        Petitioner,        Case No. 1:14-cv-1301

v.

                      Honorable Paul L. Maloney

DANIEL HEYNS,

        Respondent.
_____/

## **JUDGMENT**

For the reasons set forth in the Order issued on this date:

**IT IS ORDERED** that the captioned case be and hereby is **DISMISSED** without prejudice.


Dated:  February 4, 2015        /s/ Paul L. Maloney
                                            Paul L. Maloney
                                            Chief United States District Judge